# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# OFFICE OF THE CLERK OF COURT

**In the Matter of:**

**JOSEPH LaCOME**                                    **Cause Number: 6:26mc002**
[TX Bar # 24083347]

## NOTICE AND ORDER OF INTENT TO IMPOSE IDENTICAL DISCIPLINE

This court has been notified of discipline imposed against a member of the bar of this court, a copy of which is attached. Pursuant to Local Rule AT-2(b)(1), such discipline falls within the scope of the rule's requirement that identical discipline be imposed against attorney in this district.

Effective thirty (30) days from the date of this notice and order, identical discipline will be imposed against the attorney named in the attached disciplinary order, unless, within twenty-one (21) days of service of the notice and order, the attorney files a motion for modification or revocation of this order pursuant to Local Rule AT-2(b)(2)(B).

Pursuant to Local Rule CV-77, notice of orders may be served by e-mail to any person who has signed a filed pleading or document and provided an e-mail address. If the attorney is eligible to receive email notice of this order, it will be emailed to the addresses maintained by the attorney in the attorney's CM/ECF User account; otherwise, it will be mailed to the last known address.

**ENTERED FOR THE COURT.**

**DAVID A. O'TOOLE**
**Clerk of Court**