

# OFFICE OF DISCIPLINARY COUNSEL

May 11, 2026

Hamilton P. Fox, III
*Disciplinary Counsel*

Julia L. Porter
*Deputy Disciplinary Counsel*

*Senior Assistant Disciplinary Counsel*
Dru M. Foster
Jack Metzler

*Assistant Disciplinary Counsel*
Hendrik R. deBoer
Caroll G. Donayre
Jerri U. Dunston
Lisa M. Fishelman
Ebtehaj Kalantar
Jelani C. Lowery
Alex B. Mitchell
James B. Nelson
Sean P. O'Brien
Melissa J. Rolffot
William R. Ross
Mariah K. Shaver
Traci M. Tait

*Investigative Attorney*
Arquimides R. Leon
Azadeh Matinpour
Jamie B. Perry*

*Senior Staff Attorney*
Lawrence K. Bloom

*Staff Attorney*
Angela M. Walker

*Manager, Forensic Investigations*
Charles M. Anderson

*\*Licensed to practice only in Maryland.*

United States District Court for the Eastern District of Texas
United States District Clerk
Jack Brooks Federal Building and United States Courthouse
300 Willow Street, Suite 104
Beaumont, Texas  77701

| | |
|---|---|
| **Re:** | ***In re Joseph LaCome*** |
| | **DCCA No. 25-BG-0613** |
| | **Disciplinary Docket No. 2025-D092** |
| | <u>**NOTICE OF SUSPENSION**</u> |

To Whom It May Concern:

Enclosed please find a copy of an order of the District of Columbia Court of Appeals disciplining the above-named Respondent. This case was based on a reciprocal matter from Arizona.  Our records reflect that Respondent is also licensed to practice law in your jurisdiction.

If you require additional documents regarding this disciplinary matter, please do not hesitate to contact me at (202) 638-1501 or at odcinfo@dcodc.org, and I will forward your inquiry to the attorney assigned to this matter.

In order to receive a certified copy of D.C. Court of Appeals disciplinary order, please make the request to the following e-mail address and include the matter's BG or BS number:

E-mail:  <u>BarGovernanceFilings@dcappeals.gov</u>
With a copy to Omolola Oluyemi:  <u>OOluyemi@dcappeals.gov</u>

Sincerely,

<u>s/Lawrence K. Bloom</u>
Lawrence K. Bloom
Senior Staff Attorney

LKB/snl

cc:    Joseph LaCome c/o William Zapf, Esquire

Enclosure:    DCCA Court Order for *In re Joseph LaCome*
*Disciplinary Docket No. 2025-D092*

*Notice: This order is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 25-BG-0613**

IN RE JOSEPH LACOME,
        Respondent.
A Suspended Member of the Bar of the
District of Columbia Court of Appeals
**Bar Registration No. 995071**

FILED 05/07/2026
District of Columbia
Court of Appeals

Jason LaVey for
Julio Castillo
Clerk of Court

**DDN: 2025-D092**

BEFORE:    Beckwith, Easterly, and McLeese, Associate Judges.

**O R D E R**
(FILED – May 7, 2026)

On consideration of the certified order from the Arizona Supreme Court suspending respondent for six months by consent with the additional condition that he resign from the Arizona State Bar; this court's July 3, 2025, order suspending respondent pending this matter's resolution and directing him to show cause why the functionally equivalent discipline of a six-month suspension with a fitness requirement should not be imposed; respondent's response, in which he states that he does not contest the proposed sanction; the statement of Disciplinary Counsel; and respondent's D.C. Bar. R. XI, § 14(g) affidavit filed August 14, 2025, it is

ORDERED that Joseph Lacome is hereby suspended for six months from the practice of law in the District of Columbia, nunc pro tunc to August 14, 2025, with reinstatement conditioned upon a showing of fitness. *See In re Sibley*, 990 A.2d 483, 487-88 (D.C. 2010) (explaining that exceptions to the rebuttable presumption in favor of identical reciprocal discipline should be rare).

**PER CURIAM**

OFFICE OF DISCIPLINARY COUNSEL

*515 5th Street, N.W., Building A, Room 117*
*Washington, DC 20001*

**PERSONAL AND CONFIDENTIAL**



CAPITAL DISTRICT 208

13 MAY 2026PM 1

US POST.

ZIP 20001
02 4W
00003451

CLERK, U.S. DISTRICT COURT
RECEIVED

MAY 19 2026

EASTERN DISTRICT OF TEXAS
BEAUMONT, TEXAS

United States District Court for the Eastern District
of Texas United States District Clerk Jack Brooks
Federal Building and United States Courthouse
300 Willow Street, Suite 104
Beaumont, Texas 77701